

**Hawaii Pacific Health**
Kapiʻolani · Pali Momi · Straub · Wilcox

WILCOX MEMORIAL HOSPITAL
3420 Kuhio Hwy
Lihue, HI 96766-1099
Hospital Encounter

LEIMBACH,MATTHEW R

DOB: ███████, Sex: M
Acct #: ███████
Adm:5/24/2012, D/C:5/24/2012

---

Hawaii Pacific Health

Wilcox Memorial Hospital

## Admission Record

PRINTED BY: RAGSAC-PASION, MARYANN S*

LEIMBACH,MATTHEW R

# LEIMBACH,MATTHEW R

| | | | |
|---|---|---|---|
| MRN (Patient ID): | ███ | Confidentiality: | |
| Hosp. Account: | | Patient Notice: | **No restriction (full inf*** |
| Financial Class: | **Medicaid** | Patient Type: | |
| | | CSN: | **31242925** |

## ADMISSION INFORMATION

| | | | |
|---|---|---|---|
| Expected Date: | | ER Arrival Date: | **5/24/12 1205** |
| Admission Date: | **5/24/2012 12:16 PM** | Copy to PCP: | |
| ED to IP Transfer:: | **N/A N/A** | Unit: | **WMH - EMERGENCY** |
| Patient Class: | **Emergency** | Room/Bed: | **EDTR/TR** |
| Admission Type: | **Emergency** | Adv. Directives: | **N** |
| Hospital Service: | **Emergency** | Special Needs: | |
| Admitting Dr.: | | Adm. Source: | **Emergency room** |
| Attending Dr.: | **Magelssen, Mark, MD** | Work Related: | **No** |
| Referring Dr.: | **No ref. provider found** | Accident Related: | **No** |
| Discharge Date: | **5/24/2012 4:53 PM** | Date of Injury: | **5/24/2012** |

| | |
|---|---|
| Reason for Admission: | **WEAK;** |
| | **ANKLE INJURY** |

## DEMOGRAPHICS

| | | | |
|---|---|---|---|
| Social Security: | **xxx-xx-1247** | Language: | **English** |
| Date of Birth: | ███ | Race: | **White/caucasian** |
| Sex: | **M** | Religion: | **No denomination** |
| Marital Status: | **Single** | | |
| Home Address: | ███ | Telephone Information: | |
| | | Home Phone | ███ |
| | | Mobile | ███ |
| Temp Address: | / | Temp Ph: | |

Employer
**PRINCEVILLE GOLF / , HI COURSE**

## EMERGENCY CONTACT

| Name | Relationship | Lgl Grd | Work Phone | Home Phone | Mobile Phone |
|---|---|---|---|---|---|
| 1. MIDDLETON,THOMAS | **Friend** | | | **808-645-0860** | |
| 2. LEIMBACH,CONNIE | **Mother** | | | **937-232-1125** | **937-232-1125** |
| 3. LEIMBACH,RUDY | **Father** | | | **937-409-2335** | **937-409-2335** |

## PROVIDER INFORMATION

| | | Phone | Fax # |
|---|---|---|---|
| PCP - Ogilvie, Patrick D,* | 3-3420 Kuhio Highway Suite B / Lihue HI* | 808-245-1504 | 808-246-1363 |
| Ref Dr.: No ref. provider found | | N/A | |
| Health Ctr: | | None | None |
| Clinic: | | | |

## GUARANTOR INFORMATION

| Guar-ActID | Relationship | Home Phone |
|---|---|---|
| **LEIMBACH,MATTHEW R - *** ███ | **Self** | ███ |

Employer
**PRINCEVILLE CORPO***

Work Phone

## COVERAGE INFORMATION

| Payor/Plan | Subscr | DOB | Sex | Rela* | Sub. Ins. ID | Effective | Hlth Ctr |
|---|---|---|---|---|---|---|---|

**EXHIBIT "B"**

**W000001**



**Hawaii Pacific Health**
Kapiʻolani · Pali Momi · Straub · Wilcox

WILCOX MEMORIAL HOSPITAL
3420 Kuhio Hwy
Lihue, HI 96766-1099
Hospital Encounter

LEIMBACH,MATTHEW R
MRN: ▓
DOB: ▓, Sex: M
Acct #: ▓
Adm:5/24/2012, D/C:5/24/2012

| | | | | | |
|---|---|---|---|---|---|
| 1. MEDICAID - MEDICAID - HAW* PO BOX 1220 | LEIMBACH,MATTHEW R ▓ | Ma* | 0001250115 | 5/19/12 |

LEIMBACH,MATTHEW R ▓
ADMITTED BY: STEARNS, JOSEPH

PRINTED BY:  RAGSAC-PASION, MARYANN S*

PRINT DATE/TIME: 5/27/2014 12:24 PM

### Events

| Date/Time | Event | Pt Class | Unit | Room/Bed | Service |
|---|---|---|---|---|---|
| 05/24/12 1205 | ED Arrival | | WMH - EMERGENCY | | |
| 05/24/12 1216 | ED Roomed | Emergency | WMH - EMERGENCY | ER17/17 | Emergency |
| 05/24/12 1638 | ED Transfer | Emergency | WMH - EMERGENCY | EDTR/TR | Emergency |
| 05/24/12 1653 | Discharge | Emergency | WMH - EMERGENCY | EDTR/TR | Emergency |

### Final Diagnoses (ICD-9-CM)

| Principal | Code | Name | POA | CC | HAC | Affects DRG |
|---|---|---|---|---|---|---|
| [P] | 079.99 | VIRAL INFECTION | | | | |
| | 845.00 | SPRAIN OF ANKLE, UNSPECIFIED SITE | | | | |

### External Causes of Injury (ICD-9-CM)

| Code | Name | POA | CC | HAC | Affects DRG |
|---|---|---|---|---|---|
| E927.0 | OVEREXERTION FROM SUDDEN STRENUOUS MOVEMENT | | | | |
| E029.9 | OTHER ACTIVITY | | | | |

### ICD Procedures (ICD-9-CM)

| Code | Name | Date | Performing Provider | Px Event |
|---|---|---|---|---|
| 99.29 | INJECT/INFUSE NEC | 05/24/2012 | Magelssen, Mark, MD | |
| 93.59 | IMMOBILIZ/WOUND ATTN NEC | 05/24/2012 | Magelssen, Mark, MD | |

### CPT®/HCPCS Codes

| Code | Modifier(s) | Date | Performing Provider | APC | Exp Reimb | Px Event |
|---|---|---|---|---|---|---|
| 99285 (CPT®) | 25 | 05/24/2012 | Magelssen, Mark, MD | 0616 | | |
| 29540 (CPT®) | LT | 05/24/2012 | Magelssen, Mark, MD | 0058 | | |

### Discharge Information - Hospital Account/Patient Record

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 05/24/2012 1653 | Home / Routine | None | Magelssen, Mark, MD | Wmh - Emergency |

### ED Disposition

| | |
|---|---|
| **Discharge** | Magelssen, Mark, MD |

### Problem List

| Problem | Entered | Resolved | Priority | Class |
|---|---|---|---|---|
| **Sepsis due to streptococcus, group a, with abscess LLE [038.0, 041.01, 995.91]** | 5/27/2012 | 1/8/2013 | High | |

Patient with recent surfing trip in Indonesia (returned 5/22) with some foot and ankle abrasions surfing, then ankle inversion injury with strain 5/23. Presented to ER 5/27 with ongoing fever and chills as high as 40.2 this am. Also with bandemia, falling platelets, mild hypotension, and evidence of volume depletion, suggesting early sepsis syndrome.

Brought to OR by Dr. Miyashiro yesterday with findings of purulent drainage from leg, fascia looked intact, small amounts of necrotic muscle. Possible very early necrotizing fasciitis. Cultures growing Group A strep.

Today is just starting to turn the corner, with increasing urine output, Levophed now off

**Hawaii Pacific Health**
Kapiʻolani · Pali Momi · Straub · Wilcox

WILCOX MEMORIAL HOSPITAL
3420 Kuhio Hwy
Lihue, HI 96766-1099
Hospital Encounter

LEIMBACH,MATTHEW R
MRN:
DOB: ▮▮▮▮, Sex: M
Acct #: ▮▮▮▮▮
Adm:5/24/2012, D/C:5/24/2012

## Problem List (continued)

| Problem | Entered | Resolved | Priority | Class |
|---|---|---|---|---|

(from high of 20), Lactate falling, creatinine rise slowing, afebrile. Continue aggressive support with IV fluids, IV antibiotics -will DC Doripenem as no gram negatives, continue clindamycin for antitoxin properties, and per Dr. Yoon will start Ceftriaxone for Group A strep in patient with PCN allergy. Vancomycin DC'd also, no staph. Examined wound with Dr. Miyashiro and Dr. Yoon at the bedside (staples removed and wound opened). All tissue heathy and perfused. Slight amount of milky but mostly serousanguinous drainage. Dr. Miyashiro plans to take back to OR for wash out again this afternoon. continue ICU care

| **Fever [780.60]** | 5/28/2012 | 5/29/2012 | High | |

30-year-old with recent travel history. Returned 5/22 from a surfing trip in Indonesia.  He was seen in the emergency department May 24 complaining of 2 days headache, fever, nausea vomiting and myalgia with impression of viral syndrome and left ankle strain. White blood cell count was 14.9 at that time. Over last 2 days he has developed high fever 102-104, with mild headache, fatigue, occasional dry cough. No nausea or vomiting or diarrhea. Slight conjunctival injection, febrile, resting tachycardia rate 105. Lungs are clear, abdomen nontender. Left leg at this point seems to be the focus; however, non-specific constitutional symptoms and fever before leg looked swollen could suggest other sources. Await lepto panel, malaria smear, urine culture and blood cultures. Will likely consult Dr. Yoon in the am for further advice. Continue broad spectrum antibiotics

| **Pyuria [791.9]** | 5/28/2012 | 1/8/2013 | Medium | |

Sterile pyuria as a reaction to systemic illness.

| **Shock liver [570]** | 5/29/2012 | 1/8/2013 | Medium | |

Transaminases up in the setting of severe sepsis and hypotension, consistent with shock liver

| **Acute renal failure (ARF) [584.9]** | 5/29/2012 | 1/8/2013 | High | |

Oliguric renal failure due to shock. Starting to make some urine this am, CVP high and patient + almost 11L yesterday. Expect will recover spontaneously with continued supportive care. K+ slightly high, but currently not in need of treatment. Should fall as urine output picks up.

| **Decreased ejection fraction [794.39]** | 1/8/2013 | 2/21/2013 | | |
| **History of necrotizing fascIItis [V13.3]** | 1/8/2013 | | | |

Allergies as of 5/24/2012                                                                                    Reviewed on: **5/24/2012**

| | Noted | Type | Reactions |
|---|---|---|---|
| **Pcn (Penicillins)** | 7/22/2011 | | |

## Notes

W000003



**Hawaii Pacific Health**
Kapi'olani · Pali Momi · Straub · Wilcox

WILCOX MEMORIAL HOSPITAL
3420 Kuhio Hwy
Lihue, HI 96766-1099
Hospital Encounter

LEIMBACH,MATTHEW R
MRN:
DOB: ▮▮▮▮▮, Sex: M
Acct #: ▮▮▮▮▮▮▮
Adm:5/24/2012, D/C:5/24/2012

---

**ED Provider Notes**

**ED Provider Notes signed by Magelssen, Mark, MD**                                                05/25/12 0038

| Author: | Magelssen, Mark, MD | Service: | (none) | Author Type: | Physician |
|---|---|---|---|---|---|
| Filed: | 05/25/12 0038 | Note Time: | 05/24/12 1530 | | |

Matthew R Leimbach - 30 yr old male
**Date of Service**: 5/24/2012  Arrival Time: 1205

**Chief Complaint**:  WEAK (started 2 days ago, recent travel in asia, nausea, vomited once last night, headache), ANKLE INJURY (lt ankle pain after jumping out of a truck testerday)
 - as per triage nurse.

HPI 30-year-old male just returned from a trip to Indonesia with complaints of fever, body aches and nausea and vomiting with a headache. These symptoms have been ongoing for 2 days. The patient states he was exposed to possible malaria with mosquito bites and did not use any malaria prophylaxis. The patient is also complaining of an ankle injury he sustained yesterday when jumping out of a truck he twisted his left ankle.

Review of Systems
Constitutional: Positive for fever.
HENT: Negative for ear pain.
Eyes: Negative for redness.
Respiratory: Negative for shortness of breath.
Cardiovascular: Negative for chest pain.
Gastrointestinal: Positive for vomiting. Negative for abdominal pain.
Genitourinary: Negative for flank pain.
Musculoskeletal: Positive for myalgias. Negative for back pain.
Skin: Negative for rash.
Neurological: Positive for headaches.
Hematological: Does not bruise/bleed easily.
Psychiatric/Behavioral: Negative for agitation.
All other systems reviewed and are negative.

**Past Medical History**:  The patient  has no past medical history on file.

**Past Surgical History**:The patient has no past surgical history on file.

**Family History**:  The patient's family history is not on file.

**Social History**: The patient  reports that he has never smoked. He has never used smokeless tobacco. He reports that he does not drink alcohol or use illicit drugs.
The patient was accompanied by:  None

**Allergies**:
**Allergies**

| Allergen | Reactions |
|---|---|

 • Pcn (Penicillins)

---

**W000004**



**Hawaii Pacific Health**
Kapiʻolani · Pali Momi · Straub · Wilcox

WILCOX MEMORIAL HOSPITAL
3420 Kuhio Hwy
Lihue, HI 96766-1099
Hospital Encounter

LEIMBACH,MATTHEW R
MRN:
DOB:          , Sex: M
Acct #:
Adm:5/24/2012, D/C:5/24/2012

---

**ED Provider Notes (continued)**

**Vital Signs**: Temp: 37.5 °C (99.5 °F), Temp src: Oral, Pulse: 85 , Resp: 20 , BP: 118/56 mmHg, SpO2: 97 %, O2 mode: Room air

Physical Exam
Nursing note and vitals reviewed.
Constitutional: He is oriented to person, place, and time. He appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Conjunctivae are normal. No scleral icterus.
Neck: Normal range of motion. Neck supple. No tracheal deviation present.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. He has no wheezes.
Abdominal: Soft. Bowel sounds are normal. He exhibits no distension. There is no tenderness.
Musculoskeletal: Normal range of motion. He exhibits no edema and no tenderness.
Neurological: He is alert and oriented to person, place, and time. Coordination normal.
Skin: Skin is warm and dry. No erythema.
Psychiatric: He has a normal mood and affect.

**Differential Diagnosis:** viral syndrome, otitis media, pharyngitis, pneumonia, gastroenteritis, urinary tract infection and others.

Emergency Department orders include: **Orders Placed This Encounter**
Procedures
- XR ANKLE, 3+ VIEWS
- CBC w/Diff
- Comp Metabolic Panel (CHEM 1)
- URINALYSIS, COMPLETE
- Influenza A&B Antigens Panel
- MALARIA SMR,THICK/THIN PANEL

Medications given in the Emergency Department include:
- sodium chloride 0.9% 1000 mL   1,000 mL                           Intravenous
  inj (NS)
- ketorolac 30 MG/ML inj          30 mg                            Intravenous
  (TORADOL)
- acetaminophen tab (TYLENOL)    500 mg                            Oral

**Test Results:**
O2 SATURATION is normal on room air.

LABS:

---

**W000005**



**WILCOX MEMORIAL HOSPITAL**
3420 Kuhio Hwy
Lihue, HI 96766-1099
Hospital Encounter

LEIMBACH,MATTHEW R
MRN:
DOB: ████, Sex: M
Acct #: ████
Adm:5/24/2012, D/C:5/24/2012

**ED Provider Notes (continued)**

Results for orders placed during the hospital encounter of 05/24/12

## 1. CBC PLT W/AUTO DIFF

| | |
|---|---|
| WBC (10(9)/L) | 14.9 (*) |
| RBC (10(12)/L) | 4.35 (*) |
| Hemoglobin (g/dL) | 14.0 |
| Hematocrit (%) | 40.7 |
| MCV (fL) | 93.5 |
| MCH (pg) | 32.2 |
| MCHC (g/dL) | 34.4 |
| RDW (%) | 12.1 |
| Platelet Count (10(9)/L) | 132 (*) |
| Diff Method | Auto |
| Neutrophils (%) | 87 (*) |
| Lymphs (%) | 5 (*) |
| Monocytes (%) | 5 |
| Eosinophils (%) | 0 |
| Basophils (%) | 3 (*) |
| Neutrophils, Absolute (10(9)/L) | 13.10 (*) |
| Lymphs, Absolute (10(9)/L) | 0.70 |
| Monocytes, Absolute (10(9)/L) | 0.70 |
| Eosinophils, Absolute (10(9)/L) | 0.00 |
| Basophils, Absolute (10(9)/L) | 0.40 (*) |

## 2. COMP METABOLIC PANEL

| | |
|---|---|
| Sodium (mmol/L) | 133 |
| Potassium (mmol/L) | 3.7 |
| Chloride (mmol/L) | 100 |
| CO2 (mmol/L) | 26 |
| Anion Gap ( ) | 7 |
| BUN (mg/dL) | 13 |
| Creatinine (mg/dL) | 1.03 |
| Glucose (mg/dL) | 127 (*) |
| Calcium (mg/dL) | 9.5 |
| Total Protein (g/dL) | 6.4 |
| Albumin (g/dL) | 3.6 (*) |
| Globulin (g/dL) | 2.8 |
| A/G Ratio ( ) | 1.3 |
| AST (SGOT) (U/L) | 23 |
| ALT (SGPT) (U/L) | 35 |
| Alk Phos (U/L) | 54 |
| Bilirubin, Total (mg/dL) | 0.9 |
| GFR (Non-African Amer) (mL/min/1.73m2) | >60 |
| GFR (African | >60 |

**W000006**

**Hawaii Pacific Health**
Kapi'olani · Pali Momi · Straub · Wilcox

WILCOX MEMORIAL HOSPITAL
3420 Kuhio Hwy
Lihue, HI 96766-1099
Hospital Encounter

LEIMBACH,MATTHEW R
MRN:
DOB:          , Sex: M
Acct #:
Adm:5/24/2012, D/C:5/24/2012

---

**ED Provider Notes (continued)**

American)
(mL/min/1.73m2)

### 3. URINALYSIS, COMPLETE

| | |
|---|---|
| Color | Dark Yellow |
| Appearance: | Cloudy |
| Specific Gravity | 1.020 |
| Leukocyte Esterase | Negative |
| Nitrite | Negative |
| pH | 6.0 |
| Protein (mg/dL) | Trace (*) |
| GLUCOSE (mg/dL) | Negative |
| Ketones (mg/dL) | Negative |
| Urobilinogen (EU/dL) | 0.2 |
| Bilirubin | Negative |
| Blood | Large (*) |
| WBC (/hpf) | 5-10 |
| RBC (/hpf) | 50-100 |
| Bacteria (/hpf) | Occ (*) |
| Mucus (/lpf) | Mod |
| Please note: | |

Value:      Call lab if C/S is desired if not already ordered.
Urine will be held for 2 days.

| | |
|---|---|
| Squamous Ep (/lpf) | Few |
| Hyaline Casts (/lpf) | 0-1 |

### 4. INFLUENZA A&B ANTIGENS PANEL

| | |
|---|---|
| Source: | Nasopharyngeal |
| Influenza A Ag | Negative |
| Influenza B Ag | Negative |

### 5. MALARIA SMR,THICK/THIN PANEL

| | |
|---|---|
| Malaria Stain | Preliminary: No malaria seen. (Thin smear) |
| Percent RBC Thin Smear (%) | Pending |
| Malaria Thick Smear | Pending |
| Status | Pending |

GLUCOSE (POCT):  First:   Most Recent:

**ED Course**:  Patient remained hemodynamically stable in the emergency department. There was no sign of malaria or influenza. The thick smears for malaria is still pending.

---

W000007



WILCOX MEMORIAL HOSPITAL
3420 Kuhio Hwy
Lihue, HI 96766-1099
Hospital Encounter

LEIMBACH,MATTHEW R
MRN:
DOB:          , Sex: M
Acct #:
Adm:5/24/2012, D/C:5/24/2012

---

**ED Provider Notes (continued)**

Multiple diagnoses were considered given the patient's presentation and chief complaint and their related co-morbidities.  The patient was carefully evaluated to appropriately address the presenting complaint and significant testing was done to carefully evaluate and help rule out an imminent or life-threatening problem. The laboratory and imaging studies were interpreted and reviewed by myself which aided in the overall assessment and plan.


**ED Prescriptions**
    None


Pharmacy Requested for Faxed Prescriptions:

**Diagnostic Impression**:  Viral infection
Sprain of ankle

**Disposition**:  Discharge
Discharge was medically appropriate. I discussed discharge instructions, follow-up and reasons to return to the Emergency Department.  See the printed discharge instructions for details.  The patient was discharged in satisfactory condition.

---

**Orders**

---

**W000008**

**Hawaii Pacific Health**
Kapiʻolani · Pali Momi · Straub · Wilcox

WILCOX MEMORIAL HOSPITAL
3420 Kuhio Hwy
Lihue, HI 96766-1099
Hospital Encounter

LEIMBACH, MATTHEW R
MRN:
DOB:           , Sex: M
Acct #:
Adm:5/24/2012, D/C:5/24/2012

## Orders

### CBC PLT W/AUTO DIFF [42592137]
Standing

| | | | |
|---|---|---|---|
| Ordering User: | Magelssen, Mark, MD 05/24/12 1236 | Ordering Provider: | Magelssen, Mark, MD |
| Authorized by: | Magelssen, Mark, MD | Frequency: | ONCE 05/24/12 1245 - 1  Occurrences |
| Electronically signed by: | Magelssen, Mark, MD 05/24/12 1236 | | |
| Acknowledged: | Stearns, Joseph, RN 05/24/12 1243 for Placing Order | | |

### COMP METABOLIC PANEL [42592138]
Standing

| | | | |
|---|---|---|---|
| Ordering User: | Magelssen, Mark, MD 05/24/12 1236 | Ordering Provider: | Magelssen, Mark, MD |
| Authorized by: | Magelssen, Mark, MD | Frequency: | ONCE 05/24/12 1245 - 1  Occurrences |
| Electronically signed by: | Magelssen, Mark, MD 05/24/12 1236 | | |
| Acknowledged: | Stearns, Joseph, RN 05/24/12 1243 for Placing Order | | |

### URINALYSIS, COMPLETE [42592139]
Standing

| | | | |
|---|---|---|---|
| Ordering User: | Magelssen, Mark, MD 05/24/12 1236 | Ordering Provider: | Magelssen, Mark, MD |
| Authorized by: | Magelssen, Mark, MD | Frequency: | ONCE 05/24/12 1245 - 1  Occurrences |
| Electronically signed by: | Magelssen, Mark, MD 05/24/12 1236 | | |
| Specimen: | Urine | Acknowledged: | Stearns, Joseph, RN 05/24/12 1243 for Placing Order |

### INFLUENZA A&B ANTIGENS PANEL [42592140]
Standing

| | | | |
|---|---|---|---|
| Ordering User: | Magelssen, Mark, MD 05/24/12 1236 | Ordering Provider: | Magelssen, Mark, MD |
| Authorized by: | Magelssen, Mark, MD | Frequency: | ONCE 05/24/12 1245 - 1  Occurrences |
| Electronically signed by: | Magelssen, Mark, MD 05/24/12 1236 | | |
| Specimen: | Swab | Acknowledged: | Stearns, Joseph, RN 05/24/12 1243 for Placing Order |

### MALARIA SMR,THICK/THIN PANEL [42592145]
Standing

| | | | |
|---|---|---|---|
| Ordering User: | Magelssen, Mark, MD 05/24/12 1239 | Ordering Provider: | Magelssen, Mark, MD |
| Authorized by: | Magelssen, Mark, MD | Frequency: | ONCE 05/24/12 1245 - 1  Occurrences |
| Electronically signed by: | Magelssen, Mark, MD 05/24/12 1239 | | |
| Acknowledged: | Stearns, Joseph, RN 05/24/12 1243 for Placing Order | | |

### XR ANKLE, 2 VIEWS [42592147]
Canceled

| | | | |
|---|---|---|---|
| Ordering User: | Magelssen, Mark, MD 05/24/12 1449 | Ordering Provider: | Magelssen, Mark, MD |
| Authorized by: | Magelssen, Mark, MD | Frequency: | ONCE 05/24/12 1500 - 1  Occurrences |
| Electronically signed by: | Magelssen, Mark, MD 05/24/12 1449 | | |
| Canceled by: | Troy, Jeff, TECH 05/24/12 1536 [Other] | Acknowledged: | Stearns, Joseph, RN 05/24/12 1512 for Placing Order |
| | | | Stearns, Joseph, RN 05/24/12 1537 for D/C Order |
| Questions: | Clinical Indications or Reason for Exam? injured left ankle yesterday now increased pain to ambulate | | |
| | Priority=STAT/ASAP, need STAT report too? No | | |

### XR ANKLE, 3+ VIEWS [42592154]
Standing

| | | | |
|---|---|---|---|
| Ordering User: | Troy, Jeff, TECH 05/24/12 1449 | Ordering Provider: | Magelssen, Mark, MD |

**W000009**

**Hawaii Pacific Health**
Kapiʻolani · Pali Momi · Straub · Wilcox

WILCOX MEMORIAL HOSPITAL
3420 Kuhio Hwy
Lihue, HI 96766-1099
Hospital Encounter

LEIMBACH,MATTHEW R
MRN:
DOB:           , Sex: M
Acct #:
Adm:5/24/2012, D/C:5/24/2012

## Orders (continued)

### XR  ANKLE, 3+ VIEWS [42592154] (continued)
Standing

| | | | |
|---|---|---|---|
| Authorized by: | Magelssen, Mark, MD | Frequency: | ONCE 05/24/12 1500 - 1  Occurrences |
| Electronically signed by: | Troy, Jeff, TECH 05/24/12 1449 | | |
| Acknowledged: | Stearns, Joseph, RN 05/24/12 1537 for Placing Order | | |
| Questions: | Clinical Indications or Reason for Exam? injured left ankle yesterday now increased pain to ambulate | | |
| | Priority=STAT/ASAP, need STAT report too? No | | |

### sodium chloride 0.9% 1000 mL inj (NS) [42592149]
Completed

| | | | |
|---|---|---|---|
| Ordering User: | Stearns, Joseph, RN 05/24/12 1512 | Ordering Provider: | Magelssen, Mark, MD |
| Authorized by: | Magelssen, Mark, MD | Frequency: | Once 05/24/12 1515 - 1  Occurrences |
| Electronically signed by: | Magelssen, Mark, MD 05/24/12 1527, for Ordering in Verbal Order Read Back mode, Communicator - Stearns, Joseph, RN | | |
| Acknowledged: | Stearns, Joseph, RN 05/24/12 1512 for Placing Order | | |

### ketorolac 30 MG/ML inj (TORADOL) [42592150]
Completed

| | | | |
|---|---|---|---|
| Ordering User: | Stearns, Joseph, RN 05/24/12 1522 | Ordering Provider: | Magelssen, Mark, MD |
| Authorized by: | Magelssen, Mark, MD | Frequency: | Once 05/24/12 1530 - 1  Occurrences |
| Electronically signed by: | Magelssen, Mark, MD 05/24/12 1527, for Ordering in Verbal Order Read Back mode, Communicator - Stearns, Joseph, RN | | |
| Acknowledged: | Stearns, Joseph, RN 05/24/12 1522 for Placing Order | | |

### SPLINT [42592152]
Discontinued at Discharge

| | | | |
|---|---|---|---|
| Ordering User: | Magelssen, Mark, MD 05/24/12 1530 | Ordering Provider: | Magelssen, Mark, MD |
| Authorized by: | Magelssen, Mark, MD | Frequency: | ONCE 05/24/12 1530 - 1  Occurrences |
| Electronically signed by: | Magelssen, Mark, MD 05/24/12 1530 | | |
| Discontinued by: | System, Process 05/24/12 1853 [AUTO-D/C ON DISCHARGE] | Acknowledged: | Stearns, Joseph, RN 05/24/12 1535 for Placing Order |

### LEPTOSPIRA ANTIBODY [42592156]
Discontinued at Discharge

| | | | |
|---|---|---|---|
| Ordering User: | Stearns, Joseph, RN 05/24/12 1610 | Ordering Provider: | Hemingway, Thomas, MD |
| Authorized by: | Hemingway, Thomas, MD | Frequency: | ONCE 05/24/12 1615 - 1  Occurrences |
| Electronically signed by: | Hemingway, Thomas, MD 05/24/12 1636, for Ordering in Verbal Order Read Back mode, Communicator - Stearns, Joseph, RN | | |
| Discontinued by: | System, Process 05/24/12 1853 [AUTO-D/C ON DISCHARGE] | Acknowledged: | Stearns, Joseph, RN 05/24/12 1610 for Placing Order |

### acetaminophen tab (TYLENOL) [42592158]
Completed

| | | | |
|---|---|---|---|
| Ordering User: | Stearns, Joseph, RN 05/24/12 1611 | Ordering Provider: | Hemingway, Thomas, MD |
| Authorized by: | Hemingway, Thomas, MD | Frequency: | Once 05/24/12 1615 - 1  Occurrences |
| Electronically signed by: | Hemingway, Thomas, MD 05/24/12 1636, for Ordering in Verbal Order Read Back mode, Communicator - Stearns, Joseph, RN | | |
| Acknowledged: | Stearns, Joseph, RN 05/24/12 1611 for Placing Order | Admin Instructions: | |

```
Do not exceed a total of 4gm acetaminophen per day from all products containing
acetaminophen.
```

## Results

**W000010**

**WILCOX MEMORIAL HOSPITAL**
3420 Kuhio Hwy
Lihue, HI 96766-1099
Hospital Encounter

LEIMBACH,MATTHEW R
MRN:
DOB: ▮▮▮▮, Sex: M
Acct #: ▮▮▮▮▮▮
Adm:5/24/2012, D/C:5/24/2012

**Hawaii Pacific Health**
Kapi'olani · Pali Momi · Straub · Wilcox

## Lab Results

### CBC PLT W/AUTO DIFF (Abnormal)

Resulted: 05/24/12 1305, Result Status: Final result

| | | | | | |
|---|---|---|---|---|---|
| Ordering Provider: | Magelssen, Mark, MD  05/24/12 1236 | | Order Status: | Completed | |
| Resulting Lab: | CLH, HMC WEST | | Specimen: | 05/24/12 1245 | |

| Component | Value | Ref Range | Flag | Comment | Lab |
|---|---|---|---|---|---|
| WBC | 14.9 | 3.8 - 11.2 10(9)/L | H | - | CLH_X |
| RBC | 4.35 | 4.4 - 6.0 10(12)/L | L | - | CLH_X |
| Hemoglobin | 14.0 | 13.4 - 17.2 g/dL | | - | CLH_X |
| Hematocrit | 40.7 | 39.5 - 49.7 % | | - | CLH_X |
| MCV | 93.5 | 80 - 100 fL | | - | CLH_X |
| MCH | 32.2 | 27 - 33 pg | | - | CLH_X |
| MCHC | 34.4 | 32 - 36 g/dL | | - | CLH_X |
| RDW | 12.1 | 11 - 15 % | | - | CLH_X |
| Platelet Count | 132 | 150 - 450 10(9)/L | L | - | CLH_X |
| Diff Method | Auto | | | - | CLH_X |
| Neutrophils | 87 | 40 - 70 % | H | - | CLH_X |
| Lymphs | 5 | 20 - 45 % | L | - | CLH_X |
| Monocytes | 5 | 4 - 10 % | | - | CLH_X |
| Eosinophils | 0 | 0 - 6 % | | - | CLH_X |
| Basophils | 3 | 0 - 2 % | H | - | CLH_X |
| Neutrophils, Absolute | 13.10 | 1.4 - 7.0 10(9)/L | H | - | CLH_X |
| Lymphs, Absolute | 0.70 | 0.7 - 4.5 10(9)/L | | - | CLH_X |
| Monocytes, Absolute | 0.70 | 0.1 - 1.0 10(9)/L | | - | CLH_X |
| Eosinophils, Absolute | 0.00 | 0 - 0.6 10(9)/L | | - | CLH_X |
| Basophils, Absolute | 0.40 | 0 - 0.2 10(9)/L | H | - | CLH_X |

### COMP METABOLIC PANEL (Abnormal)

Resulted: 05/24/12 1310, Result Status: Final result

| | | | | | |
|---|---|---|---|---|---|
| Ordering Provider: | Magelssen, Mark, MD  05/24/12 1236 | | Order Status: | Completed | |
| Resulting Lab: | CLH, HMC WEST | | Specimen: | 05/24/12 1245 | |

| Component | Value | Ref Range | Flag | Comment | Lab |
|---|---|---|---|---|---|
| Sodium | 133 | 133 - 145 mmol/L | | - | CLH_X |
| Potassium | 3.7 | 3.3 - 5.1 mmol/L | | - | CLH_X |
| Chloride | 100 | 96 - 108 mmol/L | | - | CLH_X |
| CO2 | 26 | 21 - 31 mmol/L | | - | CLH_X |
| Anion Gap | 7 | 4 - 16 | | - | CLH_X |
| BUN | 13 | 8 - 24 mg/dL | | - | CLH_X |
| Creatinine | 1.03 | 0.50 - 1.20 mg/dL | | - | CLH_X |
| Glucose | 127 | 70 - 99 mg/dL | H | - | CLH_X |
| Calcium | 9.5 | 8.6 - 10.3 mg/dL | | - | CLH_X |
| Total Protein | 6.4 | 5.9 - 8.4 g/dL | | - | CLH_X |
| Albumin | 3.6 | 4.0 - 5.1 g/dL | L | - | CLH_X |
| Globulin | 2.8 | 2.0 - 3.6 g/dL | | - | CLH_X |
| A/G Ratio | 1.3 | 1.2 - 2.3 | | - | CLH_X |
| AST (SGOT) | 23 | 0 - 37 U/L | | - | CLH_X |
| ALT (SGPT) | 35 | 7 - 51 U/L | | - | CLH_X |
| Alk Phos | 54 | 34 - 104 U/L | | - | CLH_X |
| Bilirubin, Total | 0.9 | 0 - 1.2 mg/dL | | - | CLH_X |
| GFR (Non-African Amer) | >60 | >59 mL/min/1.73m2 | | - | CLH_X |
| GFR (African American) | >60 | >59 mL/min/1.73m2 | | | CLH_X |

Comment:

Average GFR for 30-39 yr: 107
Chronic kidney disease: <60
Kidney failure:       <15
Accuracy of the GFR depends on a stable creatinine and may be overestimated
 in malnutrition, cachexia, and cirrhosis due to reduced muscle mass.

**W000011**



**Hawaii Pacific Health**
Kapiʻolani · Pali Momi · Straub · Wilcox

WILCOX MEMORIAL HOSPITAL
3420 Kuhio Hwy
Lihue, HI 96766-1099
Hospital Encounter

LEIMBACH,MATTHEW R
MRN:
DOB: ▇▇▇▇, Sex: M
Acct #: ▇▇▇▇▇
Adm:5/24/2012, D/C:5/24/2012

---

### Lab Results (continued)

#### URINALYSIS, COMPLETE (Abnormal)
Resulted: 05/24/12 1507, Result Status: Final result

| | | | | | |
|---|---|---|---|---|---|
| Ordering Provider: | Magelssen, Mark, MD  05/24/12 1236 | | Order Status: | Completed | |
| Resulting Lab: | CLH, HMC WEST | | Specimen: | Urine; Clean Catch, Urine 05/24/12 1447 | |

| Component | Value | Ref Range | Flag | Comment | Lab |
|---|---|---|---|---|---|
| Color | Dark Yellow | | | - | CLH_X |
| Appearance: | Cloudy | | | - | CLH_X |
| Specific Gravity | 1.020 | 1.005 - 1.030 | | - | CLH_X |
| Leukocyte Esterase | Negative | NEG | | - | CLH_X |
| Nitrite | Negative | NEG | | - | CLH_X |
| pH | 6.0 | 5.0 - 7.5 | | - | CLH_X |
| Protein | Trace | NEG mg/dL | A | - | CLH_X |
| GLUCOSE | Negative | NEG mg/dL | | - | CLH_X |
| Ketones | Negative | NEG mg/dL | | - | CLH_X |
| Urobilinogen | 0.2 | 0.2 - 1.0 EU/dL | | - | CLH_X |
| Bilirubin | Negative | NEG | | - | CLH_X |
| Blood | Large | NEG | A | - | CLH_X |
| WBC | 5-10 | 0 - 5 /hpf | | - | CLH_X |
| RBC | 50-100 | 0 - 2 /hpf | | - | CLH_X |
| Bacteria | Occ | NONE /hpf | A | - | CLH_X |
| Mucus | Mod | /lpf | | - | CLH_X |
| Please note: | - | | | - | CLH_X |
| Result: | Call lab if C/S is desired if not already ordered. Urine will be held for 2 days. | | | | |
| Squamous Ep | Few | /lpf | | - | CLH_X |
| Result: | | | | | |
| Hyaline Casts | 0-1 | /lpf | | - | CLH_X |

#### INFLUENZA A&B ANTIGENS PANEL
Resulted: 05/24/12 1520, Result Status: Final result

| | | | | | |
|---|---|---|---|---|---|
| Ordering Provider: | Magelssen, Mark, MD  05/24/12 1236 | | Order Status: | Completed | |
| Resulting Lab: | CLH, HMC WEST | | Specimen: | Swab; Nasopharyngeal 05/24/12 1447 | |

| Component | Value | Ref Range | Flag | Comment | Lab |
|---|---|---|---|---|---|
| Source: | Nasopharyngeal | | | - | CLH_X |
| Influenza A Ag | Negative | NEG | | - | CLH_X |
| Influenza B Ag | Negative | NEG | | - | CLH_X |

#### MALARIA SMR,THICK/THIN PANEL
Resulted: 05/25/12 0915, Result Status: Final result

| | | | | | |
|---|---|---|---|---|---|
| Ordering Provider: | Magelssen, Mark, MD  05/24/12 1239 | | Order Status: | Completed | |
| Resulting Lab: | CLH, HMC WEST | | Specimen: | 05/24/12 1245 | |

| Component | Value | Ref Range | Flag | Comment | Lab |
|---|---|---|---|---|---|
| Malaria Stain | Preliminary:  No malaria seen. (Thin smear) | | | - | CLH_X |
| Percent RBC Thin Smear | N/A | % | | - | CLH |
| Malaria Thick Smear | - | | | - | CLH |
| Result: | No Malaria seen. One negative set of blood films will not rule out a malaria infection. | | | | |
| Status | Final | | | - | CLH |
| Result: | | | | | |

#### LEPTOSPIRA ANTIBODY
Resulted: 05/29/12 1517, Result Status: Final result

| | | | |
|---|---|---|---|
| Ordering Provider: | Hemingway, Thomas, MD  05/24/12 1610 | Order Status: | Completed |

---

**W000012**



**Hawaii Pacific Health**
Kapiʻolani · Pali Momi · Straub · Wilcox

WILCOX MEMORIAL HOSPITAL
3420 Kuhio Hwy
Lihue, HI 96766-1099
Hospital Encounter

LEIMBACH,MATTHEW R
MRN:
DOB:               , Sex: M
Acct #:
Adm:5/24/2012, D/C:5/24/2012

---

### Lab Results (continued)

#### LEPTOSPIRA ANTIBODY (continued)
Resulted: 05/29/12 1517, Result Status: Final result

| | | | | | | |
|---|---|---|---|---|---|---|
| Resulting Lab: | CLH, HMC WEST | | Specimen: | 05/24/12 1245 | | |

| Component | Value | Ref Range | Flag | Comment | | Lab |
|---|---|---|---|---|---|---|
| Leptospira Ab IHA | - | | | - | | CLH |
| Result: | < 1:50 | | | | | |

```
INTERPRETIVE INFORMATION: Leptospira Antibody

Less than 1:50 ....... Negative - No antibody detected.
1:50 ................ Equivocal - Suggest repeat
                      testing in two to three weeks.
1:100 or greater ..... Positive - Suggestive of current
                      or recent leptospirosis.
Performed by ARUP Laboratories,
500 Chipeta Way, SLC,UT 84108 800-522-2787
www.aruplab.com, Sherrie L. Perkins, MD, Lab. Director
```

---

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - CLH** | CLH, HMC WEST | On file with Resulting Agency | 91-2135 Ft Weaver Rd, #300 Ewa Beach HI 96706 | 03/23/11 1417 - Present |
| **12 - CLH_X** | CLH, WILCOX MEM HOSP_X | On file with Resulting Agency | 3420 Kuhio Hwy Lihue HI 96766 | 04/11/11 1122 - Present |

---

### Imaging Results

#### XR  ANKLE, 2 VIEWS
Result Status: In process

| | | | |
|---|---|---|---|
| Ordering Provider: | Magelssen, Mark, MD  05/24/12 1449 | Order Status: | Canceled |
| Performed: | 05/24/12 1535 - 05/24/12 1535 | Specimen: | 05/24/12 1535 |

#### XR  ANKLE, 3+ VIEWS (Normal)
Resulted: 05/25/12 1143, Result Status: Final result

| | | | |
|---|---|---|---|
| Ordering Provider: | Magelssen, Mark, MD  05/24/12 1449 | Order Status: | Completed |
| Resulted by: | May, Michael L, MD | Performed: | 05/24/12 1535 - 05/24/12 1551 |
| Specimen: | 05/24/12 1535 | | |

Narrative:
DATE/TIME:  05/24/2012 at 3:35 p.m.

CLINICAL HISTORY:  Injured left ankle.

PROCEDURE:  Three views of the left ankle are obtained.

FINDINGS:  Moderate soft tissue swelling about the left ankle noted.  No evidence of an acute fracture or dislocation noted.  The ankle mortise is symmetric.

Impression:
Soft tissue swelling about the left ankle.

MLM/je  D:  05/24/2012  J:  26777

---

### Care Plans

---



**Hawaii Pacific Health**
Kapiʻolani · Pali Momi · Straub · Wilcox

WILCOX MEMORIAL HOSPITAL
3420 Kuhio Hwy
Lihue, HI 96766-1099
Hospital Encounter

LEIMBACH,MATTHEW R
MRN:
DOB:             , Sex: M
Acct #:
Adm:5/24/2012, D/C:5/24/2012

---

**Multi-Disciplinary Problems (Active)**

There are no active problems.

**Multi-Disciplinary Problems (Resolved)**

There are no resolved problems.

## Patient Education

**Patient Education**

None

## Discharge Info

**Follow-up Information**

| Follow up With | Details | Comments | Contact Info |
|---|---|---|---|
| Urgent Care Clinic - KMC Main | Make an appointment in 4 days | | 3-3420 Kuhio Hwy Ste B Lihue Hawaii 96766-1098 808-245-1500 |

**Discharge Instructions**

Please use Tylenol or ibuprofen for your fever and chills. Stay well hydrated and get plenty of bed rest. Follow up in the urgent care clinic next week for a reexamination and check on your lab results. Use the crutches and keep your leg elevated.

**Prescriptions Ordered This Encounter**

None

## All Flowsheet Data (05/24/12 0000--05/24/12 2359)

**Triage Start**

| Row Name | 05/24/12 1210 |
|---|---|
| **Triage Started** | |
| Triage started | 1210 -AF |
| Recorded by | [AF] Faraola, Anne L, RN 05/24/12 1210 |
| **Historian** | |
| Information obtained from | Patient -AF |
| Recorded by | [AF] Faraola, Anne L, RN 05/24/12 1210 |
| **Pre-Hospital Equipment** | |
| Pre-Hospital Care | No -AF |
| Recorded by | [AF] Faraola, Anne L, RN 05/24/12 1210 |

**ED Triage**

**W000014**



**Hawaii Pacific Health**
Kapiʻolani · Pali Momi · Straub · Wilcox

WILCOX MEMORIAL HOSPITAL
3420 Kuhio Hwy
Lihue, HI 96766-1099
Flowsheet

LEIMBACH,MATTHEW R
MRN: ▮▮▮▮
DOB: ▮▮▮▮, Sex: M
Acct #: ▮▮▮▮▮
Adm:5/24/2012, D/C:5/24/2012

---

**All Flowsheet Data (05/24/12 0000--05/24/12 2359) (continued)**

ED Triage (continued)

| Row Name | 05/24/12 1216 | 05/24/12 1339 |
|---|---|---|
| **Vital Signs** | | |
| Temp | 37.5 °C (99.5 °F) - JS | -- |
| Temp src | Oral -JS | -- |
| Pulse | 85  -JS | 79  -MP |
| BP | !  118/56 mmHg - JS | !  121/57 mmHg - MP<br>rn joey notified |
| MAP | 77  -JS | 78  -MP |
| BP cuff location | Right arm -JS | Right arm -MP |
| BP position | Lying -JS | Lying -MP |
| Resp | 20  -JS | 20  -MP |
| SpO2 | 97 % -JS | 97 % -MP |
| Shock index calculation | 0.72  -JS | 0.65  -MP |
| Initial vitals | Done -JS | -- |
| Re-assess vitals | -- | Done -MP |
| Recorded by | [JS] Stearns, Joseph, RN 05/24/12 1218 | [MP] Pablo, Myla, CA 05/24/12 1340 |
| **Oxygen** | | |
| O2 mode | Room air -JS | Room air -MP |
| Recorded by | [JS] Stearns, Joseph, RN 05/24/12 1218 | [MP] Pablo, Myla, CA 05/24/12 1340 |
| **Measurements** | | |
| Weight | 79.379 kg (175 lb) -JS | -- |
| Height | 1.829 m (6') -JS | -- |
| BMI | 23.73  -JS | -- |
| Recorded by | [JS] Stearns, Joseph, RN 05/24/12 1218 | -- |
| **ED Acuity** | | |
| Acuity | Lvl 3 -JS | -- |
| Recorded by | [JS] Stearns, Joseph, RN 05/24/12 1218 | -- |
| **Initial Actions/Safety Precautions** | | |
| ID band location | Right arm -JS | -- |
| Allergy ID band on | Right;Arm -JS | -- |
| Initial Actions/Safety Precautions | Bed in low position;Call light in reach;Head of | -- |

---

**W000015**



**Hawaii Pacific Health**
Kapi'olani · Pali Momi · Straub · Wilcox

WILCOX MEMORIAL HOSPITAL
3420 Kuhio Hwy
Lihue, HI 96766-1099
Flowsheet

LEIMBACH,MATTHEW R
MRN:
DOB:                , Sex: M
Acct #:
Adm:5/24/2012, D/C:5/24/2012

---

### All Flowsheet Data (05/24/12 0000--05/24/12 2359) (continued)

#### ED Triage (continued)

| Row Name | 05/24/12 1216 | 05/24/12 1339 |
|---|---|---|
| | bed elevated;Initial patient concerns addressed -JS | |
| Recorded by | [JS] Stearns, Joseph, RN 05/24/12 1218 | -- |
| **Triage Complete** | | |
| Triage completed | 1218 -JS | -- |
| Recorded by | [JS] Stearns, Joseph, RN 05/24/12 1218 | -- |
| **Evaluation for Sepsis** | | |
| History suggestive of a new infection | Yes-select all applicable;Other-see comment -JS Influenza | -- |
| Recorded by | [JS] Stearns, Joseph, RN 05/24/12 1218 | -- |
| **Preg/Lact/LMP** | | |
| Male or female | Male -JS | -- |
| Recorded by | [JS] Stearns, Joseph, RN 05/24/12 1218 | -- |
| **ED Vision Screening** | | |
| Visual Acuity Screening Done | Not applicable -JS | -- |
| Recorded by | [JS] Stearns, Joseph, RN 05/24/12 1218 | -- |

#### Rounding

| Row Name | 05/24/12 1339 | 05/24/12 1526 |
|---|---|---|
| **Rounding** | | |
| *Rounding | AIDET Completed;Hourly rounding completed;No needs -MP | Hourly rounding completed;Patient asleep during rounding -MP |
| Recorded by | [MP] Pablo, Myla, CA 05/24/12 1339 | [MP] Pablo, Myla, CA 05/24/12 1526 |

#### Discharge Checklist

| Row Name | 05/24/12 1652 |
|---|---|
| **Discharge Checklist** | |

---

**W000016**



**Hawaii Pacific Health**
Kapiʻolani · Pali Momi · Straub · Wilcox

WILCOX MEMORIAL HOSPITAL
3420 Kuhio Hwy
Lihue, HI 96766-1099
Flowsheet

LEIMBACH,MATTHEW R
MRN:
DOB: ▮▮▮▮, Sex: M
Acct #: ▮▮▮▮▮
Adm:5/24/2012, D/C:5/24/2012

---

**All Flowsheet Data (05/24/12 0000--05/24/12 2359) (continued)**

**Discharge Checklist (continued)**

| Row Name | 05/24/12 1652 |
|---|---|
| Held in ED | No -JS |
| Was there a test performed, suspected clinical diagnosis of, or treatment initiated for any of the follow? If so, please select the illness. | No -JS |
| Disposition of valuables | Retained with patient -JS |
| Discharge and/or special instructions given | Yes -JS |
| Prescriptions given | Not applicable -JS |
| Lines and drains removed | Not applicable -JS |
| Discharged mode | Ambulatory -JS |
| Recorded by | [JS] Stearns, Joseph, RN 05/24/12 1653 |

**Patient Equipment**

| | |
|---|---|
| Cardiac Monitoring? | No -JS |
| Cardiac alarms audible | No -JS |
| Pulse Oximetry? | No -JS |
| Bedside IV Pump | No -JS |
| Recorded by | [JS] Stearns, Joseph, RN 05/24/12 1653 |

**Facility Charges**

| Row Name | ED from 5/24/2012 in Emergency - Dept. - Wilcox Memorial Hospital |
|---|---|

**Facility Charges**

| | |
|---|---|
| ED | Discharge -JS |

**W000017**



**Hawaii Pacific Health**
Kapiʻolani · Pali Momi · Straub · Wilcox

WILCOX MEMORIAL HOSPITAL
3420 Kuhio Hwy
Lihue, HI 96766-1099
Flowsheet

LEIMBACH,MATTHEW R
MRN:
DOB: &#9608;&#9608;&#9608;&#9608;, Sex: M
Acct #: &#9608;&#9608;&#9608;&#9608;&#9608;
Adm:5/24/2012, D/C:5/24/2012

## All Flowsheet Data (05/24/12 0000--05/24/12 2359) (continued)

### Facility Charges (continued)

| Row Name | ED from 5/24/2012 in Emergency - Dept. - Wilcox Memorial Hospital |
|---|---|
| Disposition | |
| Nursing Assessments | 1-2 assessments - JS |
| Recorded by | [JS] Stearns, Joseph, RN 05/24/12 1652 |

### Lines and Drains

| Row Name | 05/24/12 1522 |
|---|---|
| **Peripheral IV 20 G Left forearm** | |
| Peripheral IV | Placement Date: **05/24/12** -JS Placement Time: **1522** -JS Catheter size: **20 G** -JS Insertion location: **Left forearm** -JS Site prep: **IV start kit;Chloraprep** -JS # Attempts: **1** -JS Inserted by: **J. Stearns, RN** -JS Securement method: **taped** -JS Dressing Type: **Transparent** -JS Removal Date: **05/24/12** -PS Removal Time: **1853** -PS Recorded by: [JS] Stearns, Joseph, RN 05/24/12 1522 [PS] System, Process 05/24/12 1853 |
| Line activity | IV infusing -JS |
| *Phlebitis scale | No symptoms -JS |
| *Infiltration/Ext ravasation scale | 0 -JS |
| *Dressing status | Dressing clean/dry/intact - JS |
| Recorded by | [JS] Stearns, Joseph, RN 05/24/12 1522 |

### Vitals

| Row Name | 05/24/12 1213 | 05/24/12 1216 | 05/24/12 1339 |
|---|---|---|---|
| **Vital Signs** | | | |
| Temp | -- | 37.5 °C (99.5 °F) - JS | -- |
| Temp src | -- | Oral -JS | -- |
| Pulse | -- | 85 -JS | 79 -MP |
| BP | -- | ! 118/56 mmHg - JS | ! 121/57 mmHg - MP rn joey notified |
| MAP | -- | 77 -JS | 78 -MP |
| BP cuff location | -- | Right arm -JS | Right arm -MP |
| BP position | -- | Lying -JS | Lying -MP |
| Resp | -- | 20 -JS | 20 -MP |
| SpO2 | -- | 97 % -JS | 97 % -MP |
| Shock index | -- | 0.72 -JS | 0.65 -MP |

**W000018**



**WILCOX MEMORIAL HOSPITAL**
3420 Kuhio Hwy
Lihue, HI 96766-1099
Flowsheet

LEIMBACH,MATTHEW R
MRN:
DOB: ████████, Sex: M
Acct #: ███████
Adm:5/24/2012, D/C:5/24/2012

---

## All Flowsheet Data (05/24/12 0000--05/24/12 2359) (continued)

### Vitals (continued)

| Row Name | 05/24/12 1213 | 05/24/12 1216 | 05/24/12 1339 |
|---|---|---|---|
| calculation | | | |
| Initial vitals | -- | Done -JS | -- |
| Re-assess vitals | -- | -- | Done -MP |
| Recorded by | -- | [JS] Stearns, Joseph, RN 05/24/12 1218 | [MP] Pablo, Myla, CA 05/24/12 1340 |

**Oxygen**

| | | | |
|---|---|---|---|
| O2 mode | -- | Room air -JS | Room air -MP |
| Recorded by | -- | [JS] Stearns, Joseph, RN 05/24/12 1218 | [MP] Pablo, Myla, CA 05/24/12 1340 |

**Pain Assessment**

| | | | |
|---|---|---|---|
| *Intensity | 5 -AF | -- | -- |
| Location | Head -AF | -- | -- |
| Duration | Constant -AF | -- | -- |
| Character | Aching -AF | -- | -- |
| Intervention response | Not applicable -AF | -- | -- |
| Recorded by | [AF] Faraola, Anne L, RN 05/24/12 1214 | -- | -- |

**Measurements**

| | | | |
|---|---|---|---|
| Weight | -- | 79.379 kg (175 lb) -JS | -- |
| Height | -- | 1.829 m (6') -JS | -- |
| BMI | -- | 23.73  -JS | -- |
| Recorded by | -- | [JS] Stearns, Joseph, RN 05/24/12 1218 | -- |

## Pain Assessment

| Row Name | 05/24/12 1213 |
|---|---|

**Pain Assessment**

| | |
|---|---|
| Is the patient having pain? | Yes -AF |
| *Intensity | 5 -AF |
| Location | Head -AF |
| Duration | Constant -AF |
| Character | Aching -AF |
| Intervention response | Not applicable -AF |
| Recorded by | [AF] Faraola, Anne L, RN 05/24/12 1214 |

## Events

---

**W000019**



**Hawaii Pacific Health**
Kapi'olani · Pali Momi · Straub · Wilcox

WILCOX MEMORIAL HOSPITAL
3420 Kuhio Hwy
Lihue, HI 96766-1099
Flowsheet

LEIMBACH,MATTHEW R
MRN: ███████
DOB: ███████, Sex: M
Acct #: ███████
Adm:5/24/2012, D/C:5/24/2012

---

**All Flowsheet Data (05/24/12 0000--05/24/12 2359) (continued)**

**Events (continued)**

| Row Name | 05/24/12 1344 | 05/24/12 1649 |
|---|---|---|
| **Events** | | |
| Event | ice water provided as requested and ok by rn joey -MP | Discharge instructions reviewed with patient. Patient denies questions. air cast and crutches given to patient. Patient asisted out to vehicle with belongings and extra pair of crutches.  -JS [1] |
| Recorded by | [MP] Pablo, Myla, CA 05/24/12 1344 | [JS] Stearns, Joseph, RN 05/24/12 1652 |

**ED Paged**

| Row Name | 05/24/12 1535 |
|---|---|
| **Paging** | |
| Imaging Paged | Paged -JS |
| Lab Paged | Paged -JS |
| Recorded by | [JS] Stearns, Joseph, RN 05/24/12 1535 |

**ED Note**

| Row Name | 05/24/12 1344 | 05/24/12 1649 |
|---|---|---|
| **Events** | | |
| Event | ice water provided as requested and ok by rn joey -MP | Discharge instructions reviewed with patient. Patient denies questions. air cast and crutches given to patient. Patient asisted out to vehicle with belongings and extra pair of crutches.  -JS [1] |
| Recorded by | [MP] Pablo, Myla, CA 05/24/12 1344 | [JS] Stearns, Joseph, RN 05/24/12 1652 |

**Audit Information**

**W000020**



**Hawaii Pacific Health**
Kapi'olani · Pali Momi · Straub · Wilcox

WILCOX MEMORIAL HOSPITAL
3420 Kuhio Hwy
Lihue, HI 96766-1099
Flowsheet

LEIMBACH,MATTHEW R
MRN:
DOB: ▮▮▮▮▮, Sex: M
Acct #: ▮▮▮▮▮
Adm:5/24/2012, D/C:5/24/2012

---

**All Flowsheet Data (05/24/12 0000--05/24/12 2359) (continued)**

**Audit Information (continued)**

| Ref # | Row Name | Time Taken | Time Recorded | Value | User |
|---|---|---|---|---|---|
| 1 | Event | 05/24/12 1649 | 05/24/12 1652 | Discharge instructions reviewed with patient. Patient denies questions. air cast and crutches given to patient. Patient asisted out to vehicle with belongings and extra pair of crutches. | JS |
| | | | 05/24/12 1649 | Discharge instructions | JS |

**User Key**

(r) = User Recd, (t) = User Taken, (c) = User Cosigned

| Initials | Name | Effective Dates | Discipline |
|---|---|---|---|
| AF | Faraola, Anne L, RN | 03/11/09 - | Nursing |
| JS | Stearns, Joseph, RN | 08/23/10 - | Nursing |
| MP | Pablo, Myla, CA | 10/14/10 - | Nursing |
| PS | System, Process | - | - |

---

**All Meds and Administrations**

sodium chloride 0.9% 1000 mL inj (NS) [42592149]                                    Status: Completed (Past End Date/Time)
Ordered On: **05/24/12 1512** by Magelssen, Mark, MD                Starts/Ends: **05/24/12 1515 - 05/24/12 1515**
Dose (Remaining/Total): **1,000 mL (0/1)**                          Frequency: **ONCE**
Route: **Intravenous**                                             Rate/Duration: - / -
Admin Instructions:                                                Comments:

| Administration | Status | Dose | Route | Site | Given By |
|---|---|---|---|---|---|
| 05/24/12 1515 | Bolus | 1,000 mL | Intravenous | | Stearns, Joseph, RN |

ketorolac 30 MG/ML inj (TORADOL) [42592150]                                        Status: Completed (Past End Date/Time)
Ordered On: **05/24/12 1522** by Magelssen, Mark, MD                Starts/Ends: **05/24/12 1530 - 05/24/12 1526**
Dose (Remaining/Total): **30 mg (0/1)**                            Frequency: **ONCE**
Route: **Intravenous**                                             Rate/Duration: - / -
Admin Instructions:                                                Comments:

| Administration | Status | Dose | Route | Site | Given By |
|---|---|---|---|---|---|
| 05/24/12 1526 | Given | 30 mg | Intravenous | | Stearns, Joseph, RN |

acetaminophen tab (TYLENOL) [42592158]                                             Status: Completed (Past End Date/Time)
Ordered On: **05/24/12 1611** by Hemingway, Thomas, MD             Starts/Ends: **05/24/12 1615 - 05/24/12 1615**
Dose (Remaining/Total): **500 mg (0/1)**                          Frequency: **ONCE**
Route: **Oral**                                                   Rate/Duration: - / -
Admin Instructions: **Do not exceed a total of 4gm acetaminophen per day**        Comments:
from all products containing acetaminophen.

| Administration | Status | Dose | Route | Site | Given By |
|---|---|---|---|---|---|
| 05/24/12 1615 | Given | 500 mg | Oral | | Stearns, Joseph, RN |

---

**MAR Audit Report**
**(all recorded)**

**Leimbach, Matthew R** ▮▮▮▮▮
**WMH - EMERGENCY**

**W000021**



WILCOX MEMORIAL HOSPITAL
3420 Kuhio Hwy
Lihue, HI 96766-1099
Meds Admin Rec

LEIMBACH,MATTHEW R
MRN:
DOB:            , Sex: M
Acct #:
Adm:5/24/2012, D/C:5/24/2012

---

**All Meds and Administrations  (continued)**

**05/24/12**

|  | Sched Time | Admin Time | Dose | Action | User |
|---|---|---|---|---|---|
| **sodium chloride 0.9% 1000 mL inj (NS) ONCE [42592149]** | **1515** | **05/24/12 1515** | **1,000 mL** | **Bolus** | **S[1]** |
| **ketorolac 30 MG/ML inj (TORADOL) ONCE [42592150]** | **1530** | **05/24/12 1526** | **30 mg** | **Given** | **S[1]** |
| **acetaminophen tab (TYLENOL) ONCE [42592158]** | **1615** | **05/24/12 1615** | **500 mg** | **Given** | **S[1]** |

Do not exceed a total of 4gm acetaminophen per day from all products containing acetaminophen.

**Users**

1      Stearns, Joseph, RN

---

**W000022**