IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| MATTHEW R. LEIMBACH,<br><br>    Plaintiff,<br><br>  vs.<br><br>HAWAII PACIFIC HEALTH,<br>WILCOX MEMORIAL HOSPITAL,<br>KAUAI MEDICAL CLINIC,<br>and DOES 1-50,<br><br>    Defendants. | CIVIL NO. 14-00246 JMS-RLP<br>(EMTALA)<br><br>**DECLARATION OF<br>JAN M. VERNON** |

### DECLARATION OF JAN M. VERNON

I, JAN M. VERNON, hereby declare under penalty of perjury:

1. I am an attorney with the law firm of Alston Hunt Floyd & Ing, and am one of the attorneys for Defendants Hawai`i Pacific Health; Wilcox Memorial Hospital and Kauai Medical Clinic (collectively, "HPH Defendants") in this action.

2. I make this Declaration based upon personal knowledge of the matters set forth herein. This Declaration is submitted in support of the attached *Defendants Hawai`i Pacific Health; Wilcox Memorial Hospital; and Kauai Medical Clinic's Memorandum in Opposition to [Dkt. No. 27] Plaintiff Matthew R. Leimbach's Motion for Pre-Motion Discovery.*

3. Attached hereto as Exhibit "A" is a true and accurate copy of Plaintiff's Notice of Taking Deposition Upon Oral Examination of Defendant Hawai`i Pacific Health, pursuant to FRCP 30(b)(6) dated April 7, 2015.

4. Attached hereto as Exhibit "B" is a true and accurate copy of Plaintiff Matthew R. Leimbach's First Requests for Admissions to Defendants, Pursuant to FRCP 36 dated April 13, 2015

Executed in Honolulu, Hawai`i on April 23, 2015.

                                               /s/ Jan M. Vernon
                                               JAN M. VERNON