IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MATTHEW R. LEIMBACH, | ) | CIVIL NO. 14-00246 JMS-RLP |
| | ) | (EMTALA) |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| HAWAII PACIFIC HEALTH, | ) | |
| WILCOX MEMORIAL HOSPITAL, | ) | |
| KAUAI MEDICAL CLINIC, | ) | |
| WILCOX HEALTH SYSTEM, | ) | |
| and DOES 1-50, | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was duly served upon the following parties via court efiling.

   Jan M. Vernon, Esq.
   William S. Hunt, Esq.
   Alston Hunt Floyd & Ing
   1001 Bishop Street, Suite 1800
   Honolulu, HI 96813
   (Attorneys for Defendants)

Paul H. Saccoccio, Esq.
Saccoccio & Lopez
66-037 Kamehameha Hwy. Suite #3
Haleiwa, HI 96712
(Attorney for Plaintiff MATTHEW R. LEIMBACH)

DATED:   Honolulu, Hawaii, September 17, 2015.

                                       */s/ STEPHEN M. SHAW*
                                       STEPHEN M. SHAW
                                       Former Co-Counsel for Plaintiff
                                       MATTHEW R. LEIMBACH